# MINUTE ORDER

Page 8

## Chief Magistrate Judge Edwin G. Torres

| King Building Courtroom 10-5 | Date: 2/17/2022 | Time: 2:00 p.m. |
|---|---|---|

**Defendant:** 4)KENNY R. PINEER-SINCLAIR  **J#:** 02773-506  **Case #:** 22-mj-2248-Torres

**AUSA:** Kevin Larsen  **Attorney:**

**Violation:** Warr/MDFL/Indictment/Consp to PWID 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction U.S.

**Surr/Arrest Date:** 2/16/2022  **YOB:** 1993

**Proceeding:** Initial Appearance  **CJA Appt:** Humberto Dominguez

**Bond/PTD Held:** ◯ Yes ◯ No  **Recommended Bond:**

**Bond Set at:** $250,000 corporate surety with nebbia  **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other:

**Language:** Spanish

**Disposition:**
Defendant sworn – **CJA APPOINTED**
The Court sets bond, with the right to revisit – NO HEARING HELD

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| **Status Re: Bond** | 2/22/22 | 10:00 | Miami Duty | |
| **Removal:** | 2/22/22 | 10:00 | Miami Duty | |
| Status Conference RE: | | | | |

**D.A.R.** 15:12:14  **Time in Court:** 1

s/Edwin G. Torres  Chief Magistrate Judge

8